# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **CORY DRISCOLL,** | Case No. 3:22-CV-00287 |
| **Plaintiff,** | |
| v. | **Judge Thomas M. Rose** |
| | **Magistrate Judge Peter B. Silvain, Jr.** |
| **MONTGOMERY CTY. BD. OF COMMRS., et al.,** | **ORDER AMENDING PRETRIAL SCHEDULE** |
| **Defendants.** | |

This matter is before the Court upon the Joint Motion of Plaintiff and Defendants to modify the Preliminary Pretrial Conference Order [Doc. #12] in this case ("Scheduling Order"). The Court finds the Motion to be well taken. It is hereby ORDERED that Section 8(1 – 4) of the Scheduling Order be AMENDED to provide that Plaintiff's and Defendants' Primary Expert deadlines shall be January 15, 2024. The deadline to provide rebuttal experts shall be March 15, 2024.

In all other respects the Scheduling Order remains in full force and effect.

October 2, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge