**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **CORY DRISCOLL,** | : | **CASE NO. 3:22-cv-00287** |
| | : | |
| **Plaintiff,** | : | **Judge Thomas M. Rose** |
| | : | |
| **-vs-** | : | |
| | : | |
| **MONTGOMERY COUNTY BOARD OF** | : | |
| **COUNTY COMMISSIONERS,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

---

### NOTICE OF APPEAL

---

The Defendant Deputy Jennifer Smiley gives notice that she appeals to the United

States Court of Appeals for the Sixth Circuit from the Entry and Order Granting, in Part,

and Denying, in Part, Defendants' Motion for Summary Judgment entered in this action

on November 12, 2024.

Respectfully submitted,

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By:/s/ Joshua T. Shaw
Joshua T. Shaw (0087456)
Nathaniel S. Peterson (0095312)
Assistant Prosecuting Attorneys
Montgomery County Prosecutor's Office
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422

Telephone: (937) 225-5786
Fax Number: (937) 225-4822
E-mail:    shawj@mcohio.org
             petersonn@mcohio.org

*Counsel for Defendant Deputy Sheriff Jennifer Smiley*

## CERTIFICATE OF SERVICE

I certify that on December 6, 2024, the foregoing document was served on all parties' counsel of record through the Court's electronic filing and notification (CM/ECF) system.

By: /s/ Joshua T. Shaw
Joshua T. Shaw (0087456)