**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CORY DRISCOLL, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-cv-287 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| MONTGOMERY COUNTY | : | |
| BOARD OF COMMISSIONERS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**ENTRY AND ORDER VACATING TRIAL SCHEDULE PENDING
INTERLOCUTORY APPEAL**

---

On its own motion, the Court has determined to vacate the trial schedule in this matter pending interlocutory appeal.  On November 12, 2024, the Court issued its Entry and Order Granting, in part, and Denying, in part, Defendants' Motion for Summary Judgment (Doc. No. 38).  Therein, the Court denied Defendant Officer Jennifer L. Smiley's plea for qualified immunity for purposes of summary judgment on Plaintiff Cory Driscoll's claim of excessive force under 42 U.S.C. § 1983.  (*Id.* at PageID 516.)  As a rule "[t]he denial of a summary judgment motion on the issue of qualified immunity is immediately appealable."  *Gardenhire v. Schubert*, 205 F.3d 303, 310 (6th Cir. 2000) (citing *Mitchell v. Forsyth*, 472 U.S. 511, 526-27 (1985)).  Defendants in the instant matter properly filed such an appeal on December 6, 2024.  (Doc. No. 39.)  The Court finds that it would be inappropriate here to proceed with its current trial schedule while the dispositive issue of qualified immunity is before the Sixth Circuit Court of Appeals.  Therefore, the Court hereby **VACATES** its trial schedule in the present case pending appeal.  The docket shall so reflect.

1

2

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, January 29, 2025.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2